UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-CR-2710-W |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE |
| v. | |
| SABRINA HARRIS, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for August 14, 2023 be continued to December 18, 2023 at 9:00 a.m.

The parties agree that the further time is excludable under 18 U.S.C. sections 3161(h)(1)(G), in the interests of justice, and 3161(h)(7)(A), to allow the defense reasonable time to prepare.

**IT IS SO ORDERED.**

Date: 7/26/23

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE